FUSCO & MACALUSO, P.A.
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
973-779-1163
Attorneys for Defendant,
Alejandro Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | CRIMINAL NUMBER 08-r22(FSH) |
| Plaintiff, | HON. FAITH S. HOCHBERG, U.S.D.J. |
| v. | |
| ALEJANDRO PEREZ, | |
| Defendant. | CONSENT ORDER |

This matter having been brought before the Court before the Honorable Faith S. Hichberg, U.S.D.J., by the law firm of Fusco & Macaluso P.A., attorneys for defendant, Alejandro Perez, for an Order modifying the conditions of pretrial release as follows:

1. Allowing defendant Alejandro Perez to change the condition of pretrial release to remove the condition of home detention.

And Kenneth Rowan, Pretrial Services Officer, having been notified of this application and having consented thereto, and with Assistant United States Attorney Marion Percell, Esq., having been notified of this application, and having consented thereto, and with good cause being shown:

IT IS on this 18th day of November, 2008,

ORDERED that defendant, Alejandro Perez, shall be released from the pretrial condition of home detention, and

IT IS FURTHER ORDERED that all other previously imposed terms of Pretrial Release shall remain in full force and effect.

ORDERED that a copy of this order shall be served upon all parties within ___5___ days.

_____
Hon. Faith S. Hochberg, U.S.D.J.

I hereby consent to the entry
And form of this Order

*(signature)*

Marion Percell, Esq.
Assistant United States Attorney

Dated: October 30, 2008

I hereby consent to the entry
And form of this Order

*(signature)*

Kenneth Rowan
United States Pretrial Services Office (Newark, New Jersey)

Dated: October 31, 2008