Law Offices
# Fusco & Macaluso, L.L.C
A Partnership of Professional Corporations

A.J. Fusco, Jr. *
Roy R. Macaluso † ♦

Paulette Pitt
Brandon J. Broderick
David P. Kreizer ♦
Damon McDougal

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

(973) 779-1163
Fax: (973) 779-5437

E-Mail: Mail@fmnj-law.com

www.fuscoandmacaluso.com

New York Office
77 Baxter Street
New York, NY 10013
(212) 964-7650

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 599-1222

Newark Office
51 Rector Street – Suite 205
Newark, NJ 07105
(973) 622-1699

December 1, 2009

**By ECF Filing**
Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg United States
  Post Office & Courthouse - Room 369
P.O. Box 999
Newark, New Jersey 07101-0999

Re: **United States v. Alejandro Perez**
    **Criminal Docket Number 08-22(FSH)**

Dear Judge Hochberg:

   This law firm has been retained to represent Alejandro Perez in the above matter. I am writing to request a continuance of the sentencing date of December 15, 2009 to allow me to update the submissions to the Court.

   I have been unable to confer with Marion Percell, Esq., Assistant United States Attorney as she is presently out of the country. She is expected to return on or about December 8, 2009.

   Please advise if this request is granted.

   Thank you for your attention in this matter.

Respectfully Submitted,
**FUSCO & MACALUSO, L.L.C.**
/s/Paulette L. Pitt
Paulette L. Pitt, Esq.

*[Handwritten annotation:]* Request denied. Updated submission due no later than Friday, December 11, 2009. Sentencing shall proceed on 12/15/09 at 11:00A.M.
SO ORDERED.
Faith S. Hochberg, U.S.D.J.
12/7/09

1